UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:	_____

Adv. No.:	_____

Chapter:	_____

Judge:	_____

Plaintiff(s)

vs.

Defendant(s)

**ENTRY OF DEFAULT**

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: _____		JEANNE A. NAUGHTON, Clerk

BY: _____
Deputy Clerk

*rev.1/9/17*